UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>CAREER EDUCATION CORPORATION, et al.,<br><br>  Defendants. | Case No. 1:19-cv-5739<br><br>Judge Elaine E. Bucklo<br><br>Magistrate Judge Jeffrey Cummings |

**JOINT MOTION FOR ENTRY OF STIPULATED ORDER
FOR PERMANENT INJUNCTION AND MONETARY JUDGMENT**

Plaintiff, the Federal Trade Commission ("FTC"), and Defendants, Career Education Corporation, American InterContinental University, Inc., AIU Online, LLC, Marlin Acquisition Corp., Colorado Technical University, Inc., and Colorado Tech., Inc (collectively "CEC"), jointly move this Court for entry of the Stipulated Order for Permanent Injunction and Monetary Judgment ("Stipulated Final Order") reached through settlement negotiations between the parties, which would resolve this case. The parties request entry of the Stipulated Final Order pursuant to Sections 13(b), 19(a)(1) and (b) (authorizing relief, including "such relief as the court finds necessary to redress injury to consumers" for violations of any Commission Rule respecting unfair or deceptive practices), and 16(a)(1) of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. §§ 53(b), 57b, and 56(a)(1), and the Telemarketing and Consumer Fraud and Abuse Prevention Act ("Telemarketing Act"), 15 U.S.C. § 6101 et seq. In support of this motion, the FTC and CEC state as follows:

1. The FTC filed its Complaint for Permanent Injunction and Other Equitable Relief on August 23, 2019, alleging that CEC had violated Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), Sections 310.3 and 310.4 of the Telemarketing Sales Rule, 16 C.F.R. §§ 310.3, 310.4, and other federal laws. [Dkt. 1]

2. The Stipulated Final Order has been signed by CEC and its counsel. The Stipulated Final Order also has been approved by the FTC's Commissioners and signed by counsel for the FTC.

**WHEREFORE**, Plaintiff FTC and CEC respectfully request that the Court enter the Stipulated Final Order.

Respectfully submitted,

August 27, 2019

/s/ Leah Frazier
LEAH FRAZIER
QUINN MARTIN
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Mail Drop: CC-10232
Washington, DC 20580
Telephone: (202) 326-2187; (202) 326-2080
Facsimile: (202) 326-3768
Email: lfrazier@ftc.gov; qmartin@ftc.gov

Attorneys for Plaintiff

/s/ Kenneth M. Kliebard
KENNETH M. KLIEBARD
Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 324-1774
Facsimile: (312) 324-1001
Email: kenneth.kliebard@morganlewis.com

Of counsel:

       WILLARD K. TOM
       Morgan, Lewis & Bockius LLP
       1111 Pennsylvania Avenue, N.W.
       Washington, DC 20004
       Telephone: (202) 739-3000
       Facsimile: (202) 739-3001
       Email: willard.tom@morganlewis.com


       DANIEL S. SAVRIN
       Morgan, Lewis & Bockius LLP
       One Federal Street
       Boston, MA 02110
       Telephone: (617) 951-8674
       Facsimile: (617) 341-7701
       Email: daniel.savrin@morganlewis.com


       DAVID I. MONTEIRO
       Morgan, Lewis & Bockius LLP
       1717 Main Street
       Dallas, TX 75201
       Telephone: (214) 466-4133
       Facsimile: (214) 466-4001
       Email: david.monteiro@morganlewis.com

       Attorneys for Career Education Corp., American InterContinental University, Inc., AIU Online, LLC, Marlin Acquisition Corp., Colorado Tech., Inc., and Colorado Technical University, Inc.

**CERTIFICATE OF SERVICE**

    I, Leah Frazier, an attorney, hereby certify that on August 27, 2019, I caused to be served true copies of the foregoing Joint Motion for Entry of Stipulated Order for Permanent Injunction and Monetary Order through the CM/ECF System and, with the written consent of counsel, by e-mail on counsel for Defendants Career Education Corp., American InterContinental University, Inc., AIU Online, LLC, Marlin Acquisition Corp., Colorado Tech., Inc., and Colorado Technical University, Inc.

/s/ Leah Frazier
Leah Frazier
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
Phone: (202) 326-2472
lfrazier@ftc.gov

Attorney for Plaintiff
Federal Trade Commission